```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3                           - - -
 4        HONORABLE WILLIAM J. REA, JUDGE PRESIDING
 5                           - - -
```



FILED
JAN 28 1992
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ G.H.  DEPUTY

```
 8  UNITED STATES OF AMERICA,   )
                                )
 9           PLAINTIFF,          )
                                )
10      VS.                      )    CR 88-129-WJR
                                )
11  JUAN RAMON MATTA BALLESTEROS,)
                                )
12           DEFENDANT.          )
                                )
13  _____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

TUESDAY, MARCH 13, 1990


DONNA BOWERS, C.S.R. 3591
OFFICIAL COURT REPORTER
430 UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA  90012
(213) 621-2400

I N D E X

PAGE

PROCEEDINGS IN OPEN COURT:

   PRETRIAL CONFERENCE RESUMED                       4

```
 1  APPEARANCES:

 2        FOR THE PLAINTIFF:

 3            ROBERT L. BROSIO
              UNITED STATES ATTORNEY
 4            KEVIN P. CONNOLLY
              BRADLEY D. SIMON
 5            TRIAL ATTORNEYS
              NARCOTIC AND DANGEROUS DRUG SECTION
 6            CRIMINAL DIVISION
                  1400 NEW YORK AVENUE, N.W.
 7                ROOM 4128
                  WASHINGTON, D.C.  20530
 8                (202) 786-4701

 9

10        FOR THE DEFENDANT:
11
              MARTIN R. STOLAR
12            ATTORNEY AT LAW
              351 BROADWAY
13            4TH FLOOR
              NEW YORK, NEW YORK  10013
14            (212) 219-1919

15
              ADOLFO Z. AGUILA
16            AGUILA-ROJAS LAW BUILDING
              6780 CORAL WAY
17            SUITE 200
              MIAMI, FLORIDA  33155
18

19

20

21

22

23

24

25
```

```
                                                                    4
 1    LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 13, 1990; 1:30 P.M.
 2              THE COURT:  YOU MAY BE SEATED.  ALL RIGHT.
 3              ON THE MATTER OF UNITED STATES OF AMERICA VS.
 4    BALLESTEROS, I DON'T HAVE THE CASE NUMBER.
 5              MR. STOLAR:  88-129-WJR.
 6              THE COURT:  WILL COUNSEL IDENTIFY THEMSELVES,
 7    PLEASE.
 8              MR. CONNOLLY:  FOR THE GOVERNMENT KEVIN
 9    CONNOLLY FROM THE NARCOTIC & DANGEROUS DRUG SECTION,
10    WASHINGTON, D.C.
11              MR. SIMON:  BRADLEY D. SIMON, NARCOTIC &
12    DANGEROUS DRUG SECTION, WASHINGTON, D.C., ALSO FOR THE
13    GOVERNMENT.
14              MR. STOLAR:  AND FOR MR. MATTA, I'M MARTIN R.
15    STOLAR, ADOLFO Z. AGUILA AND MICHAEL J. BURNS, WHO ARE HERE;
16    AND THE RECORD SHOULD NOTE THAT PURSUANT TO OUR DISCUSSION
17    YESTERDAY IN CHAMBERS, THE DEFENDANT'S PRESENCE HAS BEEN
18    WAIVED FOR TODAY'S PROCEEDINGS.
19              THE COURT:  YES, THAT'S CORRECT.
20              MR. STOLAR:  JUDGE, WHEN WE LEFT OFF YESTERDAY,
21    I HAD ASKED FOR ROUGHLY A 24-HOUR BREAK TO CONSIDER WHAT
22    WE MIGHT DO.  AND HAVING DONE SOME RESEARCH AND FOUND A
23    LITTLE BIT OF AUTHORITY ON, I WOULD LIKE TO ASK AND INDICATE
24    TO YOU THAT IT IS OUR INTENTION TO DO THE FOLLOWING.
25              WE WOULD ASK THAT YOUR POSITION AT THIS POINT
```

5

1  THAT WE HAVE AN APRIL 24TH TRIAL DATE, REMAIN AS IT IS.
2  JUDGE RAFEEDIE'S POSITION THAT WE HAVE AN APRIL 10TH TRIAL
3  DATE WILL REMAIN AS IT IS FOR THE MOMENT.  IT IS OUR
4  INTENTION, AS SOON AS WE HUMANLY CAN, TO PUT AN EMERGENCY
5  MOTION IN TO THE COURT OF APPEALS IN SAN FRANCISCO, ASKING
6  THAT COURT TO RESOLVE THE DEADLOCK.  WE BELIEVE WE HAVE
7  SOME AUTHORITY TO ASK THEM TO EXERCISE THEIR SUPERVISORY
8  POWERS AS SUCH, OR POTENTIALLY UNDER THE ALLRITZ ACT,
9  WHICHEVER WAY THEY DO IT, WE INTEND TO ASK THAT COURT ON
10 AN EMERGENCY BASIS TO PLEASE RESOLVE THE INABILITY THAT WE
11 ARE FACED WITH WITH TWO JUDGES OF COORDINATE JURISDICTION,
12 BOTH HAVING ESSENTIALLY SET TO GO TO TRIAL ON A PARTICULAR
13 DATE.
14              AND WE EXPECT, ASSUMING WE HAVE A TRANSCRIPT
15 OF OUR CONFERENCE YESTERDAY WHICH WE HAVE ORDERED ON A
16 RUSH BASIS, TO HAVE THAT MOTION BEFORE THE COURT EITHER ON
17 FRIDAY OF THIS WEEK OR AT THE VERY LATEST ON MONDAY OF NEXT
18 WEEK.
19              MR. CONNOLLY:  YOUR HONOR, I'M GOING TO STAND
20 WITH MY POSITION, THAT WE REQUESTED THAT OUR CASE PROCEED
21 FIRST; FAILING THAT, WE WOULD ASK THE COURT TO RESCHEDULE
22 THE APRIL 24TH, APRIL 27TH DATE TO MAKE THAT SUBSEQUENT TO
23 THE CASE IN FRONT OF JUDGE RAFEEDIE.
24              THE COURT:  DO YOU WISH TO RESPOND TO THAT?
25              MR. STOLAR:  IT DOESN'T REALLY CHANGE OUR

6

1  POSITION. IT PUTS US IN THE SAME BOX THAT WE WERE IN
2  BEFORE IN TERMS OF, YOU KNOW, IF FOR SOME REASON OR OTHER
3  A MOTION FOR CONTINUANCE OR MOTION FOR SEVERANCE IS GRANTED
4  BY JUDGE RAFEEDIE, THEN ALL OF A SUDDEN WE ARE BACK BEFORE
5  YOU WITH ANOTHER DATE, AND WE ARE JUST STUCK.
6          THE COURT: THE ORDER THAT MR. CONNOLLY ASKED
7  ME TO MAKE IS UNPRECEDENTED, I THINK, AND I HAVE NO WAY OF
8  ENFORCING IT. IF JUDGE RAFEEDIE WANTS TO TRY HIS CASE
9  FIRST, I CAN'T STOP HIM FROM TRYING HIS CASE FIRST. THERE
10 IS NO WAY THAT I CAN DO THAT. AND SO, TO MAKE SUCH AN
11 ORDER IS UNENFORCEABLE AND IT IS NOT, IN MY OPINION, A
12 PROPER APPROACH TO MATTERS.
13         MR. CONNOLLY: YOUR HONOR, THERE IS A SECOND
14 PART OF MY REQUEST, THE ONE ABOUT, FAILING THAT, FOR THE
15 COURT TO SET THE TRIAL DATE DOWN SUBSEQUENT TO JUDGE
16 RAFEEDIE'S COMPLETION OF THE CASE.
17         THE COURT: THE PROBLEM IS, AS WE DISCUSSED
18 YESTERDAY, THAT IF FOR SOME REASON HE TRAILS HIS CASE A
19 WEEK OR TWO, OR WHATEVER, I DON'T KNOW -- IT'S PREMATURE
20 FOR ME TO DO ANYTHING AT THIS TIME, NOT KNOWING WHAT HE
21 IS GOING TO DO. HE INSISTS HE IS GOING TO BE READY FOR
22 TRIAL ON THE 10TH OF APRIL. THAT'S ALL I KNOW. AND FOR ME
23 TO SAY THAT THIS CASE IS GOING TO FOLLOW HIS, WELL, THAT'S
24 FINE. BUT WHAT IF HE HAS A NUMBER OF MOTIONS BEFORE HIM,
25 WHAT IF HE CONTINUES HIS MATTER OVER FOR 60 OR 90 DAYS?

1   AND IF WE FOLLOW HIS CASE, THEN THIS CASE WOULD BE TRIED
2   MAYBE THE END OF THIS YEAR. AND THEN YOU HAVE ALL KINDS
3   OF SPEEDY TRIAL ACT CONCERNS. I JUST DON'T THINK THAT I
4   CAN MAKE ANY KIND OF AN ORDER SUCH AS THAT.
5            I THINK IT WOULD BE UNWISE, AND I THINK IT'S
6   IMPROPER, AND I THINK WE ARE JUST GOING TO HAVE TO SEE
7   WHAT HAPPENS IF YOU TAKE IT TO THE NINTH CIRCUIT, WHETHER
8   OR NOT THEY'LL GET INVOLVED IN CALENDARING PROBLEMS IN THE
9   DISTRICT COURT I HAVE NO WAY OF KNOWING. BUT AT LEAST YOU
10  ARE GOING TO TAKE A CRACK AT IT, I ASSUME.
11           MR. STOLAR: THAT'S CORRECT, YOUR HONOR.
12           THE COURT: AND WE'LL SEE WHAT HAPPENS. BUT
13  THE WAY THINGS STAND AS OF THIS MOMENT IS THAT MY CASE WILL
14  NOT BE TRIED ON THE 24TH OF APRIL BECAUSE YOU, MR. STOLAR,
15  AND MR. MATTA BALLESTERAS WILL BE IN TRIAL IN FRONT OF
16  JUDGE RAFEEDIE.
17           MR. STOLAR: THAT'S A DISTINCT POSSIBILITY AND
18  ONE THAT WE WOULD LIKE TO TRY TO ASK THE NINTH CIRCUIT TO
19  ADDRESS.
20           THE COURT: SO THERE IS NO ORDER THAT I CAN SEE
21  THAT WOULD BE APPROPRIATE AT THIS TIME.
22           MR. CONNOLLY: EXCUSE ME, YOUR HONOR. ONE
23  POINT OF CLARIFICATION; IS THE COURT ADVISING MR. STOLAR
24  THAT HE WILL NOT BE IN THIS COURT ON APRIL 24TH?
25           THE COURT: I'M NOT ADVISING HIM OF ANYTHING.

8

I'M JUST ADVISING HIM THAT UNLESS HE GETS RELIEF FROM THE NINTH CIRCUIT, OR UNLESS JUDGE RAFEEDIE MAKES A DRASTIC TURNAROUND FROM WHAT HE SAID IN ALL OUR PRESENCE YESTERDAY ON THE CONFERENCE CALL, ON THE 24TH OF APRIL HE IS GOING TO BE IN JUDGE RAFEEDIE'S COURT, NOT THIS COURT.

MR. CONNOLLY: WELL, IF MR. STOLAR IS ENGAGED IN TRIAL IN FRONT OF JUDGE RAFEEDIE STARTING ON APRIL 10TH --

THE COURT: YES.

MR. CONNOLLY: SHOULD WE --

THE COURT: OBVIOUSLY, WE ARE GOING TO HAVE TO WAIT TILL HE FINISHES BEFORE WE CAN START OUR TRIAL.

MR. STOLAR: BUT IT SEEMS TO ME THAT WE OUGHT TO THEN COME BACK HERE ON THE DATE THAT WE HAVE SCHEDULED FOR TRIAL WHERE THERE HAVE BEEN EXCLUSIONS UNDER THE SPEEDY TRIAL ACT, AND WE'LL HAVE TO HAVE ANOTHER CONFERENCE ON THE SUBJECT.

THE COURT: WE WILL HAVE TO TALK ABOUT ANOTHER DATE.

MR. STOLAR: THAT'S CORRECT. AND I WILL AGAIN PUT ON THE RECORD MY OBJECTION AND THE FACT THAT I THINK THE GOVERNMENT HAS ESSENTIALLY BLOWN THE CASE BY VIRTUE OF THE SPEEDY TRIAL ACT.

MR. CONNOLLY: WELL, I'M SURE THAT MR. STOLAR IS ENTITLED TO PUT ON THE RECORD ANY OF HIS COMMENTS THAT HE WANTS, BUT IS THE COURT ADVISING US THAT THE MOTION DATE

9

1  IS STILL SET FOR MARCH 27TH?
2           THE COURT: WELL, I GUESS THAT'S THE DATE OF
3  THE MOTION; ISN'T IT?
4           MR. STOLAR: YES, THAT'S THE DATE FOR ARGUMENTS
5  ON THE MOTIONS THAT WE HAVE NOW. AND I'M PREPARED TO COME
6  OUT AND ARGUE THE MOTIONS BEFORE YOU. I MEAN, LOOK, IT'S
7  CONCEIVABLE THAT YOU COULD RENDER THE WHOLE BUSINESS
8  ACADEMIC, YOUR HONOR.
9           THE COURT: WELL, AS FAR AS I'M CONCERNED, THE
10 MOTION DATE STILL STANDS. I SEE NO REASON TO CHANGE THAT.
11          MR. CONNOLLY: WELL, IN ANY EVENT, YOUR HONOR,
12 THE GOVERNMENT, IF MR. STOLAR ISN'T IN TRIAL IN FRONT OF
13 JUDGE RAFEEDIE WITH MR. MATTA ON APRIL 10TH, WILL THEN
14 REQUEST THE COURT TO SET DOWN ANOTHER PRETRIAL SO WE CAN
15 SET DOWN A NEW TRIAL DATE SUBSEQUENT TO THE COMPLETION OF
16 JUDGE RAFEEDIE'S TRIAL.
17          THE COURT: YES. WELL, THAT'S PROBABLY WHAT
18 WE WILL HAVE TO DO. AND MR. STOLAR SAID WE COULD DO IT
19 ON THE 24TH, IF YOU WANT TO DO IT ON THE 24TH, THAT BEING
20 THE DATE IT'S PRESENTLY SET FOR TRIAL.
21          MR. CONNOLLY: FINE, YOUR HONOR.
22          MR. STOLAR: THANK YOU, YOUR HONOR.
23          THE COURT: ALL RIGHT. NOW, WITH RESPECT TO
24 THAT MOTION DATE, I WOULD LIKE TO MOVE IT UP TO 9 O'CLOCK.
25 IS THERE ANY PROBLEM WITH THAT?

```
                                                                10

 1              MR. STOLAR:  NO.  IF IT'S 9:30, I HAVE TO COME
 2   IN THE NIGHT BEFORE AT LEAST, ANYWAY; SO IT MAKES NO
 3   DIFFERENCE.
 4              THE COURT:  A HALF AN HOUR DOESN'T MATTER THAT
 5   MUCH TO YOU, BUT IT DOES TO ME.
 6              MR. STOLAR:  NO PROBLEM.  IF YOU WANT TO MAKE
 7   IT 8:30, THAT'S OKAY ALSO.
 8              THE COURT:  NO, I WOULD RATHER DO IT AT 9:00.
 9              MR. STOLAR:  FINE.
10              MR. CONNOLLY:  NO OBJECTION, YOUR HONOR.
11              THE COURT:  VERY WELL.  ALL RIGHT, GENTLEMEN,
12   THERE IS NOTHING AT THIS POINT IN TIME THAT I CAN SEE IS
13   APPROPRIATE FOR ME TO DO, TO TAKE ACTION ON, OTHER THAN
14   SEE WHAT HAPPENS TO YOUR REQUEST BEFORE THE NINTH CIRCUIT.
15              MR. STOLAR:  THANK YOU VERY MUCH.
16              MR. CONNOLLY:  THANK YOU VERY MUCH.
17              MR. SIMON:  THANK YOU, YOUR HONOR.
18              THE COURT:  ALL RIGHT.  WE WILL BE IN RECESS.
19         (PROCEEDINGS CONCLUDED.)
20                        - - -
21
22   I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT
     TRANSCRIPT OF PROCEEDINGS HAD ON THE RECORD IN THE
23   ABOVE-ENTITLED MATTER.
24
25   _____        1-25-92
     OFFICIAL COURT REPORTER                 DATE
```