FILED
FEB 25 1992

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

BEFORE THE HONORABLE WILLIAM J. REA, JUDGE PRESIDING

- - -

91-50165

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR-88-129-WJR |
| JUAN RAMON MATTA, | ) |
| Defendant. | ) |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL - VERDICT

TUESDAY, JANUARY 8, 1991

VERNA R. MORÒN
COURT REPORTER PRO TEM
U.S. DISTRICT COURT HOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012
(213) 894-3015

3

1   LOS ANGELES, CALIFORNIA; TUESDAY, JANUARY 8, 1991.
2                      (TRIAL CONTINUES).
3           THE COURT:  All right, ladies and gentlemen.
4   It is my understanding that you have reached a verdict
5   on all counts.  Is that correct?
6              (JURORS INDICATE AFFIRMATIVELY).
7           THE COURT:  All right.  Ms. Leonard (ph) is
8   the foreperson.  Would you hand the verdict form to the
9   Bailiff.  And I will ask the Clerk to please read the
10  verdict.
11          THE COURT CLERK:  "United States District
12  Court; Central District Of California.  CR-88-129-WJR;
13  United States Of America vs. Juan Ramon Matta Ballest-
14  ros; We the jury in the above entitled cause, find the
15  defendant, Juan Ramon Matta Ballesteros guilty as
16  charged in Count One, guilty as charged in Count Two,
17  Guilty as charged in Count Three, guilty as charged in
18  Count Six, not guilty as charged in Count Seven, guilty
19  as charged in Count Eight, guilty as charged in Count
20  Nine, guilty as charged in Count 10, guilty as charged
21  in Count 11, guilty as charged in Count 12, guilty as
22  charged in Count 13, guilty as charged in Count 14.
23  Signed by the Foreperson of the jury, Susan McGuire
24  Leonard; dated January 8, 1991; Los Angeles, California."
25

4

1  Ladies and gentlemen of the jury, is this
2  verdict as presented and read, the verdict of each of
3  you, so say you one, so say you all?
4  (JURORS INDICATE AFFIRMATIVELY).
5  THE COURT:  Mr. Stolar, do you want the jury
6  polled?
7  MR. STOLAR:  Yes, Your Honor.
8  THE COURT:  Will you poll the jury on each
9  individual count?
10  MR. STOLAR:  Your Honor, I would think on the
11  verdict as a whole is acceptable.
12  THE COURT CLERK:  Ladies and gentlemen of the
13  jury, as I call your name, if this is your verdict,
14  please answer yes.  If it is not your verdict, please
15  answer no.
16  George Nitzer (ph), is this your verdict as
17  presented and read?
18  JUROR NITZER:  Yes.
19  THE COURT CLERK:  Zina Eintrin (ph), is this
20  your verdict as presented and read?
21  JUROR EINTRIN:  Yes.
22  THE COURT CLERK:  Pamala Vacinio (ph), is this
23  your verdict as presented and read?
24  JUROR VACINIO:  Yes.
25  THE COURT CLERK:  Joyce Parisio, is this your

```
                                                          5
 1   verdict as presented and read?
 2            JUROR PARISIO:  Yes.
 3            THE COURT CLERK:  Greg Richman, is this your
 4   verdict as presented and read?
 5            JUROR RICHMAN:  Yes, it is.
 6            THE COURT CLERK:  Sean Thompson, is this your
 7   verdict as presented and read?
 8            JUROR THOMPSON:  Yes.
 9            THE COURT CLERK:  Brett Johnson, is this your
10   verdict as presented and read?
11            JUROR JOHNSON:  Yes.
12            THE COURT CLERK:  Salvador Ramirez, is this
13   your verdict as presented and read?
14            JUROR RAMIREZ:  Yes.
15            THE COURT CLERK:  Robert Shesey (ph), is this
16   your verdict as presented and read?
17            JUROR SHESEY:  Yes.
18            THE COURT CLERK:  Pamela Williams, is this
19   your verdict as presented and read?
20            JUROR WILLIAMS:  Yes.
21            THE COURT CLERK:  Susan Leonard, is this your
22   verdict as presented and read?
23            JUROR LEONARD:  Yes.
24            THE COURT CLERK:  Glenda Belme, is this your
25   verdict as presented and read?
```

6

1  JUROR BELME: Yes.
2  THE COURT: All right. The verdict is
3  unanimous. You may enter the verdict.
4  Well, ladies and gentlemen, it has been a long
5  time, and you have been very faithful and attentive
6  throughout the case. And I want to thank each one of
7  you individually for the time and effort that you have
8  spent on the case.
9  In every case, there is a winner and an loser,
10 but that's our system of justice. You have worked hard
11 and diligently on the case - on your verdict - and I
12 want you to know that all concerned are appreciative of
13 your efforts.
14 You, of course, are no longer under any
15 admonition not to talk about the case. You can talk to
16 anyone you choose about this case. You are not required
17 to. Use your own good judgment in that.
18 You should report back to the jury assembly
19 room on the third floor. Turn in your badges, and you
20 will receive your papers, excusing you from further
21 service.
22 So -- there is nothing wrong, by the way, with
23 talking to any of the attorneys if they wish to talk to
24 you about the case, but as I said, you are not required
25 to. Use your own judgment in that respect. And once

```
                                                          7
```

1  again, thank you for your service. I am sure that I
2  speak on behalf of all counsel who have worked hard.
3        Counsel did their very best to represent their
4  client in this case, and I represent to you, that the
5  efforts they made were well spent (ph). So we'll be in
6  recess, and you're excused, ladies and gentlemen. And
7  thank you again.
8        (JURORS EXCUSED).
9        (IN OPEN COURT)
10       THE COURT: All right, Mr. Stolar, the next
11 thing to be done is for the Court to order a pre-
12 sentence report.
13       MR. STOLAR: I would think so.
14       THE COURT: And the Court will do so. And we
15 will set the matter down for judgment and sentence.
16       THE COURT CLERK: Monday, March 11th, at 3:00
17 P.M.
18       MR. STOLAR: Your Honor, may I ask, that my
19 Rule 29 Motion - post-verdict Motion - be reserved? And
20 I will get it filed with the Court in writing in
21 approximately two weeks, before the sentencing date.
22       THE COURT: Any objection to that?
23       MR. CONNOLLY: Your Honor, it might be a
24 little bit better for the Government, if we had a little
25 more than two weeks. That gives us a short turnaround

```
                                                              8
 1  time to get our response to you.
 2          THE COURT:  Perhaps three weeks would be
 3  more appropriate, to give the Government time to
 4  respond.
 5          MR. STOLAR:  If I can get it in approximately
 6  on the 26th of February --
 7          THE COURT:  I'm looking at the calendar.
 8          MR. CONNOLLY:  Your Honor, that's less than
 9  two weeks.
10          MR. STOLAR:  Well, I'm looking at President's
11  Week, when -- which is the week of the 18th.  Both of my
12  kids are out of school, and --
13          THE COURT:  This is the 8th of January.  It
14  will take you more than a month?
15          MR. STOLAR:  I don't think so.
16          THE COURT:  Why don't you say that you will
17  have it filed by February 8th?
18          MR. STOLAR:  How about the 11th?
19          THE COURT:  All right.
20          MR. STOLAR:  That's agreeable, Your Honor.
21          THE COURT:  All right.  February 11th.  And
22  then, the Government will have -- I'll have the Govern-
23  ment's response in here, no later than March 1st.
24          MR. STOLAR:  I would like the record to reflect
25  that, with respect to the pre-sentence interview,
```

9

1 that we would like counsel to be present at the pre-
2 sentence interview. And so, that the Probation Depart-
3 ment is put on notice - at least on the notice that
4 goes out to them - that both Mr. Aguilar and myself
5 should be contacted before the interview takes place.
6 And we will of course need an Interpreter to be present
7 for the interview.
8       THE COURT: All right. Marva, can you take
9 care of that?
10       THE COURT CLERK: Yes.
11       THE COURT: Very well. The Minute Order will
12 reflect, that you wish to be present at any interview -
13 you and Mr. Aguilar; and that you will need an
14 Interpreter.
15       MR. STOLAR: Thank you, Your Honor.
16       MR. CONNOLLY: Your Honor, we have come down a
17 long road. And I think that on behalf of both Mr.
18 Kenaty and myself, and I think for Mr. Stolar and Mr.
19 Burns, and Mr. Aguilar as well, I think we all collec-
20 tively thank you for your patience, which I think that
21 we all collectively tried.
22       THE COURT: I'm sorry that it took so long,
23 and we had so many interruptions that we couldn't avoid.
24 And I appreciate the fact you didn't argue extensively in
25 front of the court about its rulings, and I think that

```
                                                                    10
 1   always makes the job easier for the Judge.
 2          There are times, when it gets hot and heavy in
 3   front of the jury.  That doesn't do anyone any good.
 4   Usually, the attorneys come out at the low end of it.
 5   We'll see you in a few weeks.
 6                          * * *
 7          I, Verna R. Morón, Court Reporter Pro Tem, do
 8   hereby certify, that the foregoing is a true and
 9   accurate transcript of the minutes of the within
10   proceedings.
11                          _____
12                          VERNA R. MORÒN
                            COURT REPORTER PRO TEM
13
14
15
16
17
18
19
20
21
22
23
24
25
```