1  GARY A. FEESS
   United States Attorney
2  ROBERT L. BROSIO
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN P. CONNOLLY
4  Trial Attorney
   Narcotic and Dangerous Drug Section
5  United States Department of Justice
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-6579

8  Attorneys for Plaintiff
   United States of America

9

                 UNITED STATES DISTRICT COURT
10
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

   UNITED STATES OF AMERICA,      )    NO. CR 88-129-WJR
12                                )
                  Plaintiff,      )    (~~PROPOSED~~) ORDER RE
13                                )    EXTENSION OF TIME FOR THE
                  v.              )    GOVERNMENT TO FILE RESPONSES
14                                )    TO DEFENSE MOTION
   JUAN RAMON MATTA-BALLESTEROS,  )
15                                )
                  Defendant.      )
16 _____)

17     This matter appearing before the Court on Government's Motion

18 for an Extension of Time to File Responses to Defense Motions.

19     IT IS HEREBY ORDERED that the time for the Government's

20 Response to defense Motions shall be continued to August 26, 1989.

21     DATED:   June  30  , 1989.

22

23

24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28 JG:bzb:1032m

## CERTIFICATE OF SERVICE BY MAIL

I, _____Bernadette Baskerville_____, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on _____June 23, 1989_____, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: PROPOSED ORDER RE EXTENSION OF TIME FOR THE GOVERNMENT TO FILE RESPONSES TO DEFENSE MOTION

addressed to:   Martin R. Stolar, Esq.
                351 Broadway
                New York, New York 10013

at ___his___ last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on _____June 23, 1989_____, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_Bernadette Baskerville_