```
 1  GARY A. FEESS
    United States Attorney
 2  ROBERT L. BROSIO
    Assistant United States Attorney
 3  Chief, Criminal Division
    KEVIN P. CONNOLLY
 4  Trial Attorney
    Narcotic and Dangerous Drug Section
 5  Criminal Division
       1400 New York Avenue, N.W.
 6     Room 4128
       Washington, D.C. 20530
 7     Telephone: (202) 786-4701

 8  Attorneys for Plaintiff
    United States of America
```

FILED JUL - 5 1989 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>        Plaintiff, )<br>           )<br>    v.     )<br>           )<br>JUAN RAMON MATTA-BALLESTEROS, )<br>           )<br>        Defendant. )<br>_____) | NO. CR-88-129-WJR<br><br>~~(PROPOSED)~~ ORDER<br>CONTINUING HEARING DATE<br><br>ENTERED ON COURTRAN<br>JUL 21 1989 |

This matter appearing before the Court on the government's motion to continue the hearing presently scheduled for July 3, 1989,

IT IS HEREBY ORDERED that the hearing date for motions set for July 3, 1989, shall be continued to September 5, 1989, 9:30 AM.

DATED: June 30, 1989.

_____
UNITED STATES DISTRICT JUDGE

36

**CERTIFICATE OF SERVICE BY MAIL**

I, ELIZABETH SAMANIEGO, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 1400 U.S. Courthouse, 312 N. Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made; that on June 27, 1989, I deposited in the United States mails in the United States Courthouse at 312 N. Spring Street, Los Angeles, California, in the above-titled action, in an envelope bearing the requisite postage, a copy of (PROPOSED ORDER)
addressed to:

MARTIN STOLAR, ESQ.
351 BROADWAY
NEW YORK, N.Y. 10013

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on June 27, 1989 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.