UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NO. CR88-129-WJR     CRIMINAL MINUTES - TRIAL     DATE 10-23-90

HON. WILLIAM J. REA, JUDGE

| M. Dillard | Verna Moron | Kevin Connolly / William Kenety | Alee Aljer / Delia Calderon |
|---|---|---|---|
| Deputy Clerk | Court Reporter/Recorder/Tape | Asst. U.S. Attorney | Interpreter |

U.S.A. v. (DEFENDANT PRESENT)
(1) JUAN RAMON MATTA
  _X_ custody  ___ bond
(2) _____
  ___ custody  ___ bond
(3) _____
  ___ custody  ___ bond

ATTORNEY PRESENT FOR DEFENDANT
(1) MARTIN R. STOLAR
  ___ appointed  _X_ retained
(2) MICHAEL BURN, CO-CNSL
  ___ appointed  _X_ retained
(3) ADOLFO Z. AGUILA, CO-CNSL
  ___ appointed  _X_ retained

_____ DAY COURT TRIAL    15th DAY JURY TRIAL  [ ] The Jury is impaneled and sworn.

[ ] FILED WITNESS AND EXHIBIT LIST    [ ] SEE SEPARATE LIST OF JURORS

[ ] Opening statements made by [ ] government [ ] defendant(s) # _____

[X] Witnesses called, sworn and testified.  [X] Exhibits identified.  [X] Exhibits admitted.

[ ] Motion for judgment of acquittal:  [ ] granted  [ ] denied  [ ] submitted.

[ ] Motion for mistrial by  [ ] govt  [ ] deft is  [ ] granted  [ ] denied.

[X] Case continued to October 24, 1990, at 9:30 A.M./P.M. for further trial.

[ ] Government rests   [ ] Defendant(s) # _____ rest.

[ ] Closing arguments made.  [ ] Court instructs jury.  [ ] Bailiff/Matron sworn.

[ ] Alternates Excused.  [ ] Jury retires to deliberate.  [ ] Jury resumes deliberations

[ ] FINDING BY COURT as follows:     [ ] FILED JURY VERDICT AS FOLLOWS:

Deft #1: [ ] Guilty on count(s) _____    [ ] Not Guilty on count(s) _____
Deft #2: [ ] Guilty on count(s) _____    [ ] Not Guilty on count(s) _____
Deft #3: [ ] Guilty on count(s) _____    [ ] Not Guilty on count(s) _____

[ ] Jury polled.  [ ] Polling waived.  [ ] Filed jury notes.  [ ] Filed jury instructions.

[ ] Deft # _____ Referred to P/O for I/R & cont to _____ at _____ for sentencing.

[ ] Deft # _____ Remanded to custody.  [ ] Bond exonerated as to defendant # _____.

[X] Other: Govt calls Billy Wendell Perkins (1ST); Govt calls Inspector Jose Manuel Martinez-Morales (1ST). Mr. Martinez-Morales gives testimony assisted by a Spanish interpreter.

MINUTES FORM 2
CRIM-TRIAL (7/89)

Initials of Deputy Clerk _____

OCT __ 1990