EXHIBIT G



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street
New York, New York 10007

        **Re:** ***United States*** **v.** ***Joseph Meli*****, S1 17 Cr. 127 (KMW)**

Dear Judge Wood:

        The Government respectfully writes regarding defendant Joseph Meli's motion for release under 18 U.S.C. § 3582(c) to withdraw the argument in the Government's Memorandum in Opposition that Meli's motion should be denied because he failed to fully exhaust his administrative rights to appeal the denial of his request from the warden of the Metropolitan Detention Center (the "Warden"). In particular, because 30 days have elapsed from the date of Meli's request to the Warden, this Court may consider his motion regardless of whether he has pursued an administrative appeal from the Warden's denial.

        The government respectfully requests that the Court deny Meli's motion for all of the other reasons set forth in the Government's brief.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By:       /s
                Elisha J. Kobre
                Assistant United States Attorney
                Tel.: (212) 637-2599

cc: Defense Counsel (via ECF)

# EXHIBIT H

 **Gmail**

**Mark Windsor <windsorlaw@gmail.com>**

---

# Appeal of Warden's Denial of Compassionate Release Juan Ramon Matta-Lopez, reg. no. 37671-133

**Mark Windsor** <windsorlaw@gmail.com>                                   Wed, Apr 8, 2020 at 1:16 PM
To: NERO/ExecAssistant@bop.gov

     Please forward attached to Regional Director Paul. Thank you for your time and attention,

     Mark Windsor

     --
     Mark Windsor
     Attorney at Law
     65 North Raymond Avenue
     Suite 320
     Pasadena, CA 91103
     tl (626) 792-6700, fx (626) 956-8900

     This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If you have received this communication in error, please notify us immediately by return email.

---

     📄 **Appeal to Regional Director Matta CR.pdf**
     9408K

# EXHIBIT I

Bogota.D.C. April 29th, 2020.

John A. Kronstadt
Central District of California
Your Honor:

My name is Nancy Vasquez, the second wife of Juan Ramon Mata del Pozo. I started my life by his side in August 1973 and was with him in Honduras on April 5, 1988. I will never forget that day. Since then, it has been 32 very difficult years, for him and for all of us.

In 1989 I was granted a humanitarian visa in order to attend Ramon's trials and sentencing in the United States. It was emphasized to me that it was a one time visa and with the extensions I received, I was with him for fifteen months. I left the United States in July 1990 and I have not seen him again since that day. After he was sentenced, he went back to the prison at Marion, Illinois where he was in solitary confinement. Later he was transferred to the supermax prison in Colorado where he was also in solitary confinement until 2012. Inmates in solitary are only allowed 20 minutes of phone time per month. So he would call once a week for five minutes for all those years. Most of our communication was through letters and cards. Starting in 2012 when he was transferred out of solitary confinement he has been allowed 300 minutes of phone time per month. Since that time we have been able to talk more often. Ramon's eyesight has gotten so bad that he no longer writes letters and he needs help to send emails through the corrlinks.

He has served 32 years of incarceration, he has learned to be patient, accept and respect the rules that not always were fair, that he had to adjust day by day. But I also believe that the 24 years he was in solitary confinement was an exceedingly harsh punishment, even though this has served for him to become a better human being that only wishes to do the best for him and the community that surrounds him. I tried to be a positive influence for him to help him through those years and he, in turn, worried about me and the children and also offered support and inspiration to help me deal with life's tribulations.

All he wants today is to be with his family, to share the little things in life and especially to honor God, since today more than ever he recognizes His presence in his life. Your Honor, please, allow us, his family to see to his medical needs and to be at his side for the little time he has remaining on this earth before his Creator calls him to join him. I believe that the idea of compassionate release from prison was developed for people like my husband who have paid dearly for their sentences and have only a little time left on this earth. I pray that you will agree and send him home to his family.

Receive my respectful greeting.

God bless you!

Kind regards,

Nancy Marlene Vasquez Martinez

María Teresa Matta

Bogotá, Colombia

May 02, 2020

The Honorable John A. Kronstadt,
Judge of the United States District Court
for the Central District of California
350 West First Street
CA 90012, United States

Re: Case Nos. CR 85-606-JAK; 88-129-JAK

Dear Honorable Judge Kronstadt,

I am writing this letter, asking for you to compassionately release my father, Juan Ramón Matta.
He has been in prison for 32 years, 25 years which were in solitary confinement at the super max
prison in Colorado.  I am my father's oldest daughter.  I was 17 years old when my father was
kidnapped from our home in Honduras.  I still have nightmares about that dreadful day.  My life
changed that day from being just a normal high school student to combining my studies with
visiting my father in prison and meeting with lawyers.  My father insisted that I not give up my
studies and I graduated from high school and then attended Universidad de La Salle, in Bogota
where I graduated in 1993 with a degree in Business.

I am overcome by how difficult this letter is for me to write. I wish there was an ideal
place to begin.  I think the best thing to start with is to tell you about everything we have lived
through these years in prison with my father. My father spent the first 4 years of this sentence at
USP Marion, Illinois. A fairly remote city. During these years, I was the one who could visit him
more since my siblings were still very young. I remember that to be able to accompany him in
these first years, I moved and lived for a year in Miami to travel on weekends to visit him and
returned to school on Monday. I was the first visit he had and I will never forget that day. At this
moment, I can say that these years were the hardest since all of this was new to us and my Father
was too depressed due to the cold weather and the severity of the prison system. We cried a lot
on visits and hardly enjoyed the time together.

Then the trials began and we moved to Los Angeles, to accompany him in court during his trials.
We could not visit him in a jail since the US Marshalls had him living in an apartment and we
could only greet him from far and a few quick visits in court. There was a recess at the end of
one of the trials and my Father was sent to USP Lompoc. We drove on the weekends to visit
him. By now my Father's wife, Nancy obtained a special visa and she shared this time with my
Father, we thank the Lord, because after the trials were over, she had to leave the country and

never got another visa. It´s been almost 30 years that she hasn´t been able to see my Father. This situation has been very hard for him.

At the end of the trials, he was transferred to USP Florence ADMAX, where he has spent the longest time.  He was in solitary confinement until 2012, for a total of 24 years. By then I had married and my daughter Paula was born and that really made my Father enjoy his visits and we entertained ourselves a lot by contemplating that newborn. It was his first granddaughter, so he felt sad for not being able to carry her, but at the same time that feeling of being a Grandfather came out. A month after the birth of my daughter, my nephew Santiago was born, so we made plans with my sister to visit him together and take both babies. During these years our children were growing and whenever we could we took them to visit. My father spoiled the children on those visits.  He would always ask us to bring lots of coins to buy sweets and packages for the children. I didn't want to, but he made me! Of course, the kids were really happy and more than once got sick from eating so much junk food.

My sisters and I would agree to meet each other in Florence, since my sisters live in Honduras and I live in Colombia, during the school holidays to go with Paula, Santiago, Isabella, Camila and Antonio. We had our hands full! But our Father was happy with those visits. Now I look back and I do not know how we made thru the visits with so many kids because the visits were all day and they got tired and even became grumpy and from time to time we had to give them time out and our Father did not want us to punish them. It was the hardiest jail for my father, he got sick, gained weight and felt very lonely but the visits with us and his grandchildren meant everything to him. Time went by and our children grew and with school and the cost of traveling, it was more difficult to visit, so it has been more than 15 years since he hasn't had too many visits. It is unfortunate because those visits were important to everyone of us.

Finally, in 2012 he got transferred to USP Canaan, in Pennsylvania and on one occasion my children, along with their cousin Camila, went to see him and that first visit in this jail was very emotional because his grandchildren were able to hug him and touch him for the first time in their lives, we praise the Lord for that.  I had not been able to return to visit until 2017 I had the opportunity to visit him and it gives me chills to think about that day. It was the first time that I was able to touch him and hug him in 30 years! That feeling to have his arms around me again I cannot describe it! It was just incredible! It's been 3 years since that day and I wish that life will give me another chance to hug him again soon.

Over the years I have seen many changes in my father.  I know that the most important thing in life for him is his family.  He is very proud of each of his children and grandchildren and always tells us that in good times and bad we must stay together, even if ironically, he is not with us. Even with his shortcomings, he has been able to represent a positive influence in the life of all of us, offering us guidance, advice and encouragement, even though he has to do it with phone calls and emails because the distance limits us to a few visits a year.

I look back on all the years of living apart from my father and I still feel fortunate to have him as my father who loves me and encourages me and seems to know when I need to hear his voice on the other end of the phone.  But today I am scared.  I see how his health is deteriorating and I am unable to do anything to help him.  Every time I talk to him on the phone, I wonder if it will be

the last time.  I know he is not a danger to anyone today and he has paid dearly for the choices he made a lifetime ago.  I just want him to spend the last few years of his life with us, his family who loves him deeply.

Thank you for your time in reading this. I wanted to speak from my heart and hope you will grant our request for the compassionate release of our father.


Yours sincerely,
Maria Teresa Matta

Tegucigalpa April 29, 2020


Judge John A. Kronstadt
Central District of California

Your Honor:

I am the youngest daughter of Juan Ramon Mata del Pozo. I was 11 years old the day our home filled with armed policemen who arrested him and took him to the United States. Today I am 43 years old, married and the mother of 3 children: Santiago who is 24 just graduated from the University of New Brunswick in Canada with a degree Bachelor of Bussines Administration with a major in Marketing and technology management entrepreneurship engineering diploma;  Isabelle who is 21 and studying International Relations at Universidad de Navarra in Pamplona, Spain; and 14-year-old Juan Daniel, who lives at home with my husband and I, and studies at American School Of Tegucigalpa and attends 6th grade.  We live in Tegucigalpa, the capital city of Honduras in a comfortable four(4) rooms home where we want my father to live with us. He will have a private bedroom and bathroom and it would be a dream come true for me to be able to care for him and make sure that his medical problems are attended to. I have already spoken with our family doctor who would hospitalize my father for a comprehensive physical examination and arrange consultations with the specialists that he requires for his many ailments, including a urologist, an orthopedist, and a cardiologist.

I know that my father is not a perfect man and that any error he had made in his life he has already paid more than enough time for that punishment. That is all behind him now, he is no danger to society, He is 75 years old with failing health.  We also know that my father's confinement in maximum security prisons and solitary confinement were really because of his conviction in the Camarena murder case, a crime which he repeatedly told us that he was not involved in.  When the charges for that crime were finally dismissed it was like a huge burden had been lifted for everyone in the family.  Many, many tears were shed when we received this news.  I wonder sometimes if he would be in better health today, if he had been in a prison where he could be outside in the sun and where the medical attention was better, like most of the other inmates who serve time for serious drug trafficking crimes.  I know that the prison system provides visiting rooms with vending machines, games, and the opportunity to say hello with a hug when you are not assigned to a maximum-security prison. I never had a chance to visit him in this kind of environment.

My sister who visited our father this year in Pennsylvania, told me that he needs a walker or wheelchair to move around now.  He worries about being close enough to a bathroom as the prostate surgery he received in Los Angeles has not remedied that problem.  And on the phone I can hear his labored breathing and I understand he has had to use an oxygen tank at times. Your Honor can imagine how this worries his family. Even over the phone it is obvious that he is not strong physically anymore.

My children are all very close to their grandfather, despite the fact that they have no physical contact with him.  Santiago stays conscientiously in touch with his grandfather by emails and occasional phone calls.  Isabellla also program the calls to speak with him no matter the difference of hours.  And even though it has been difficult, because of his auditory problem which required cochlear implants, Juan Daniel looks forward to phone calls with his grandfather.  As a matter of fact, my father communicates more often and maintains a closer relationship with my children than their paternal grandparents who live nearby.

All my father wants at this point in his life, is to be with his family and we pray every day that we can spend a few years with him instead of fearing a phone call telling us that he has passed away without our being able to be at his side.

I am lucky enough to remember walking with my father, playing with him, and sharing hugs before he was arrested.  I did not completely understand what was happening during his trials, which I attended.   As a child I visited him at Marion, ILL an at ADX in Colorado, there were long trips from home to go and visits him for a weekend a month, the day became long in those solitary rooms, with vending machines only for us because we couldn't buy him a bar of chocolate, my father met each of my kids throws a glass because all his visits during all those years that I had a visa and could visit him I couldn't touch him, the kids start growing and it got harder to get then entertain but he always was willing to see them. Despite the circumstances of our visits, I always looked forward to those times and talking to him.  I haven't seen my father since 2012, when the United States canceled my visa. Now I only talk to him on the phone.  My father never went past the first grade in school, so in order to send an email, he dictates it to another inmate who writes it out on the computer for him. Mail service between Honduras and the United States is not dependable, but he will send cards for special occasions, like birthdays and Christmas, through family friends.

I miss my father every day.  I know he is not a danger to society.  I pray to God that you will take all of this into consideration when you make a decision about his application for compassionate release. Thank you for reading this letter.

God bless you.

Sincerely,

Maria Isabel Matta Vasquez

Claudia Matta Waldurraga May 1, 2020

Tegucigalpa, Honduras

The Honorable Judge John A Kronstadt
Judge of the United States District Court
Central District of California
350 West First Street
Los Angeles, CA 90012

Re: Compassionate Release of Juan R. Matta

Dear Judge Kronstadt,

I address you with the utmost respect. My name is Claudia Patricia Matta Waldurraga, the second daughter of Mr. Ramón Matta.  April 5th, 1988, the day my father was arrested, is a day I remember with much pain.  Every time those moments come to mind my eyes fill with tears and helplessness. I was a 16-year-old teenager, when my house was invaded by US Marshalls and Honduran policemen. Our lives changed overnight, and my family and I have suffered immensely the absence of my father. I have always longed for my father. He could not be at our graduations, birthdays, and many joyful moments, like my wedding day or when my daughter was born. We cannot get those moments back.

I address you with much respect and admiration. I ask you in a respectful way, that you have compassion and give us the opportunity as a family to be with him in his last years of life. In this time his health has weakened.  He suffers from a lot of pain, both physically and mentally. Every time I visit, I see him more sick and with more difficulties walking.  He is very hard to understand when he talks because the majority of his teeth are gone.  He is embarrassed by his urinary problems and his eyesight is almost completely gone in one eye. Overall he is very sick.

If you would grant him release to his family, at least for the final years that God may grant him, he can spend them with his family that loves him. We want to cater to him, take care of him and pamper him.  My heart fills with joy just thinking about the possibility.  I hope that these humble words come to your heart and touch you.

Thank you for your professionalism and dedication to your work.

Respectfully,

Claudia Patricia Matta Waldurraga